UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 25-1144-KK-SHKx** | Date: | June 27, 2025 |
| Title: | *Anthony Spence v. Real Time Resolutions Inc et al.* | | |

Present: The Honorable  KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order DISMISSING Action

On November 4, 2025, pro se plaintiff Anthony Spence ("Plaintiff"), as Trustee and Beneficiary of the Gloria Spence Living Trust and Successor In Interest, filed a Complaint against various defendants, including defendants Real Time Resolutions, Inc., RRA CP Opportunity Trust 1, and ZBS Law, LLP ("Defendants") in the instant action. See Anthony Spence v. Bank of America, National Association et al., CV 24-10613-KK-SHKx. Plaintiff challenges the foreclosure of the property ("Property") where Plaintiff resides in Riverside, California. Id.

On April 10, 2025, Plaintiff filed the instant action against Defendants. ECF Docket No. ("Dkt.") 1. Plaintiff, once again, challenges the foreclosure of the same Property. Id.

Accordingly, on June 10, 2025, the Court issued an Order to Show Cause ("OSC") as to why the action should not be dismissed as duplicative. Dkt. 16. Plaintiff was ordered to file a response no later than June 24, 2025. Id. Plaintiff was specifically warned that failure to timely file a response to the OSC would result in the action being dismissed without prejudice. Id.

To date, Plaintiff has not filed a response to the Court's OSC. Thus, this action is **DISMISSED WITHOUT PREJUDICE**. (JS-6)

**IT IS SO ORDERED**.